# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 23, 2008

*By the Court:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff-Appellee,<br><br>No. 07-3867                    v.<br><br>JOHNNY J. GRAYSON,<br>          Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 04 CR 964<br>]<br>] Joan B. Gottschall,<br>]      Judge. |

Upon consideration of the **AGREED MOTION TO CORRECT ERROR**, filed on July 21, 2008, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. In line 13 of the full paragraph of page 4 of the July 18, 2008 order, the reference to "Sanders's" shall be replaced with "Grayson." In the next sentence "Sanders's" shall be replaced with "Grayson's."